Frank L. Tobin CA Bar No. 166344
frank.tobin@ogletree.com
Andrew J. Deddeh CA Bar No. 272638
andrew.deddeh@ogletree.com
Christopher Reilly CA Bar No. 332331
christopher.reilly@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
4660 La Jolla Village Drive, Suite 900
San Diego, CA  92122
Telephone:   858-652-3100
Facsimile:    858-652-3101

Attorneys for Defendant THRYV, INC.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY FILIPPONE and GIOVANNI FILIPPONE,<br><br>            Plaintiffs,<br><br>    v.<br><br>THRYV, INC.,<br><br>            Defendant. | Case No. 22cv00017-DMS-JLB<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint Filed: October 28, 2021<br>Trial Date:          April 10, 2023<br><br>Chief District Judge:<br>Hon. Dana M. Sabraw<br><br>Magistrate Judge: Hon. Jill L. Burkhardt |

1   Plaintiffs Anthony Filippone and Giovanni Filippone ("Plaintiffs") and
2   Defendant Thryv, Inc. ("Defendant") (collectively, the "Parties") hereby jointly advise
3   the Court that they have agreed to settle the above-captioned matter.
4   The Parties are working towards drafting and executing a long-form settlement
5   agreement, and intend to file a joint motion for dismissal of the action, with prejudice,
6   within 45 days.  The Parties respectfully request that the Court vacate all pre-trial and
7   trial-related dates.

9   DATED: December 6, 2022     OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

12   By: /s/ *Christopher Reilly*
        Frank L. Tobin
        Andrew J. Deddeh
        Christopher Reilly
        Attorneys for Defendant THRYV, INC.

15   DATED: December 6, 2022     LAW OFFICES OF ANDY VAN LE & ASSOCIATES, P.C.

18   By: */s/ Vanessa Cuiriz-Lopez*
        Andy Van Le
        Vanessa Cuiriz-Lopez
        Attorneys for Plaintiffs, ANTHONY FILIPPONE and GIOVANNI FILIPPONE

CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Notice of Electronic Filing.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 6, 2022.

By: */s/ Christopher Reilly*
Christopher Reilly