

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

Case No.: 22-cv-00017-DMS-JLB

ANTHONY FILIPPONE; GIOVANNI FILIPPONE,

　　　　　Plaintiffs,

　　vs.

THRYV, INC.,

　　　　　Defendant.

**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

　　　　The Court, having fully considered the Joint Motion for Dismissal of Entire Action with Prejudice ("Joint Motion for Dismissal") of Plaintiffs ANTHONY FILIPPONE and GIOVANNI FILIPPONE ("Plaintiffs"), and Defendant THRYV, INC. ("Defendant"), (collectively "Parties"), made pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and good cause having been shown:

/ / /

/ / /

**IT IS HEREBY ORDERED** that the Joint Motion for Dismissal is **GRANTED** and that the action is dismissed in its entirety, with prejudice.  IT IS FURTHER ORDERED that the Magistrate Judge shall retain jurisdiction over any disputes arising out of the Settlement Agreement.  The Parties are to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  January 6, 2023

Hon. Dana M. Sabraw, Chief Judge
United States District Court